IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEMOCRACY RISING PA,** | : | CIVIL ACTION NO. 1:07-CV-0860 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **JOHN R. CELLUCI**, et al., | : | |
| | : | |
| Defendants | : | |

### ORDER

AND NOW, this 14th day of May, 2007, upon consideration of plaintiff's motion for a preliminary injunction (Doc. 2), seeking to enjoin defendants from enforcing the "Appears to Commit Clause" of Canon 7B(1)(c) of the Pennsylvania Code of Judicial Conduct, see FED. R. CIV. P. 65, and it appearing that a preliminary injunction issued against defendants today in the United States District Court for the Eastern District of Pennsylvania prohibits defendants "from enforcing the 'pledges and promises clause' and the 'commits clause' of Canon 7B(1)(c) of the Pennsylvania Code of Judicial Conduct against any candidate for judicial office, including an incumbent judge" (Civil Action No. 2:07-CV-1707, Doc. 16 at 17, 26-27), it is hereby ORDERED that plaintiff's motion for a preliminary injunction (Doc. 2) is DENIED as moot.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge