# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEMOCRACY RISING PA,** | : | CIVIL ACTION NO. 1:07-CV-0860 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **JOHN R. CELLUCI**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 28th day of December, 2007, upon consideration of the parties' joint status report (Doc. 26), requesting an additional thirty days in which to pursue a potential settlement, it is hereby ORDERED that:

1. Proceedings in this matter are STAYED until January 31, 2008 to permit the parties to pursue an amicable resolution.

2. The parties shall file a joint status report concerning the progress of their settlement efforts on or before January 31, 2008.

3. On or before February 29, 2008, the parties shall file all pre-discovery motions and supporting briefs.

4. Pretrial discovery in the above-captioned case is STAYED pending disposition of the anticipated pre-discovery motions.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge